IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : Case No. 3:17-CR-129 |
| vs. | : U. S. Magistrate Judge Sharon L. Ovington |
| RAYMOND STALLINGS, | : |
| Defendant. | : |

**ENTRY PLACING DEFENDANT
ON PREJUDGMENT PROBATION**

Upon Motion of Defendant Stallings, and for good cause shown, Defendant Stallings is placed on probation for a period of one (1) year pursuant to 18 U.S.C. § 3607(a). The Court finds that Defendant Stallings has not been convicted of violating a federal or state law relating to controlled substances, nor has he been previously subject to disposition under this section.

The Court places Defendant Stallings on probation for a period of one (1) year under the standard conditions of probation required in the United States District Court for the Southern District of Ohio, including the special conditions that Defendant Stallings: (1) participate in a program of treatment, either inpatient or outpatient, and testing for substance abuse, as directed by the U. S. Probation Office. The Defendant shall make a co-payment for treatment services not to exceed $25 per month, which is determined by the Defendant's ability to pay; 2) submit to drug testing and breathalyzer testing. The imposition of probation is entered without entering a judgment of conviction and the judgment in this matter will be held in abeyance pending Defendant Stalling's completion of the probationary period.

July 18, 2018

                                                                                                s/Sharon L. Ovington
                                                                                     Sharon L. Ovington
                                                                    United States Magistrate Judge